UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF<br><br>Frank Benjamin Inglis - #066282 | Case No.  14-mc-80298-JD<br><br>**ORDER OF SUSPENSION** |

Because Frank Benjamin Inglis has failed to respond to the Order to Show Cause, Mr. Inglis's membership in the bar of this Court is hereby suspended.

**IT IS SO ORDERED**.

Dated:  December 16, 2014

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF<br><br>Frank Benjamin Inglis - #066282 | Case No.  14-mc-80298-JD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 12/16/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Frank Benjamin Inglis
313 Chickadee Lane
Sequim, WA 98382

Dated: 12/16/2014

Richard W. Wieking
Clerk, United States District Court

By: *Lisa R. Clark*
_____
Lisa R. Clark, Deputy Clerk to the
Honorable   James Donato

2